ABRAHAM N. LEVENTHAL, Appellant, *v.* THE WEBER-PEUTHERT COMPANY, Respondent, Impleaded with Another.

*Leventhal* v. *Weber-Peuthert Co.*, 173 App. Div. 886, affirmed.

(Argued November 1, 1918; decided November 19, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1916, affirming a judgment in favor of defendant entered upon a verdict in an action to

recover on two promissory notes. The defense was that the notes were paid in full by the delivery to Leventhal & Vogel, the payees, of furs which by agreement between the parties were accepted in full payment of the notes.

*Max Schleimer* for appellant.

*Wallace Thayer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.